In the Matter of the Estate of ARTHUR RYLE, Deceased.
STATE TAX COMMISSION, Appellant; CENTRAL HANOVER
BANK AND TRUST COMPANY, Individually and as
Trustee, et al., Respondents.

Argued April 20, 1938; decided May 24, 1938.

*Mortimer M. Kassell* and *Harry T. O'Brien, Jr.,* for appellant.

*Henry B. Twombly* for respondents.

*Raymond M. White, Edgar W. Hatfield* and *Charles R. Lowther* for executors of Milo M. Belding, deceased, et al., *amici curiæ.*

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.